IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                         CASE NO.: 4:06cr48-SPM

CORPUS BUTLER,

      Defendant.
_____/

## ORDER DENYING MOTION TO REDUCE SENTENCE

This cause comes before the Court on Defendant's motion (doc. 270) to reduce sentence under the Fair Sentencing Act, the retroactive crack cocaine amendment (Amendment 750), and 18 U.S.C. § 3582(c). The Government filed a response in opposition (doc. 271).

Upon review, the Court finds that Defendant is not entitled to a sentence reduction because application of the guideline amendment results in no change to his sentencing range. Defendant was subject to a statutory mandatory minimum sentence, which also determined his sentencing range. Because Defendant's sentencing range remains the same under the amended guidelines, he is not eligible for a sentence reduction. See United States v. Williams, 549 F.3d 1337 (11th Cir. 2008); United States v. Gomes, 621 F.3d 1343, 1346 (11th

Cir. 2011) (Fair Sentencing Act's changes to drug amounts triggering statutory minimum mandatory sentences do not apply retroactively to defendants who were sentenced before its enactment). Accordingly, it is

ORDERED AND ADJUDGED that Defendant's motion to reduce sentence (doc. 270) is denied.

DONE AND ORDERED this 6th day of January, 2012.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge